UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARRYL RIVERS,

    Plaintiff,

vs.

RESIDENTIAL SERVICES GROUP, INC., and CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

    Defendants.
_____/

Case No.: 8:08-cv-0084-JSM-TBM

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 29 day of Aug, 2008.

JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DARRYL RIVERS, and Defendants, RESIDENTIAL SERVICES GROUP, INC., and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, by and through their respective counsel, and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that this cause should be and is hereby dismissed with prejudice. Each party will bear his/her/its own attorney's fees and costs.

Dated: August 28, 2008

s/ Nicholas E. Karatinos
NICHOLAS E. KARATINOS, ESQ.
Florida Bar No. 109742
Law Office of Nicholas E. Karatinos, Esq.
18920 North Dale Mabry Highway
Suite 102
Lutz, Florida 33548
(813) 345-5945

Dated: August 28, 2008

s/ Leland H. Kynes
BRETT J. PRESTON, ESQ.
Florida Bar No. 603716
LELAND H. KYNES, ESQ.
Florida Bar No. 037120
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602